UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11, Subchapter V

SITEK PRODUCTIONS, INC.,  Case No. 6:22-bk-3141
SITEK LOGISTICS, INC.,  Case No. 6:22-bk-3142

    Debtors.  *Joint Administration Motion Pending*

_____/

## CHAPTER 11 JOINT CASE MANAGEMENT SUMMARY

SITEK PRODUCTIONS, INC. ("**SPI**") and SITEK LOGISTICS, INC. ("**SLI**") (collectively, the "**Debtors**"), pursuant to Local Rule 2081-1, hereby file their Chapter 11 Case Management Summary (the "**Summary**"). For their Summary, the Debtors state the following:

### Introduction

On August 31, 2022 (the "**Petition Date**"), the Debtors filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

### Case Management Items

1.    **Description of the Debtors' Businesses**

**SPI**. SPI is a Florida corporation which was incorporated in August of 2014. SPI is an event planner that offers full service technical solutions as well as quality AV rentals to service events. SPI provides the latest in lighting, audio, and video equipment. SPI specializes in corporate meetings, concerts, and outdoor events. SPI has nine employees and four contract employees.

**SLI.**  SLI is a Florida corporation which was incorporated in June 2021.  SLI provides shipping services for distributors, including Amazon.  The majority of the Debtors' revenue is received by SLI which funds the payroll and fuel charges incurred by the Debtors.

2. **Location of Debtors' Operations and Whether Leased/Owned**

SPI is currently a sublessor of warehouse space at 8442 Tradeport Dr., in Orlando, Florida. SPI also leases warehouse space in Las Vegas, Nevada.

3. **Reasons for Filing Chapter 11**

SPI had an opportunity to purchase equipment at very fair prices and needed immediate cash in order to effectuate the purchase.  Unfortunately, traditional financing was taking too long.  SPI hired a broker who introduced SPI to the merchant cash advance ("**MCA**") lenders identified below, with the promise that he could locate more traditional financing to pay off the MCA loans.  Unfortunately, SPI borrowed from the MCA lenders and then the broker did not fulfill his promise to obtain more traditional financing at reasonable terms.  The debt to the MCA lenders and the exorbitant fees and costs associated therewith has been crippling.  The Debtors filed these cases to restructure their debts and reorganize for the benefit of all creditors.

4. **List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

Justin Peace owns fifty percent (50%) of the Debtors' shares and is the president of the Debtors. Kaitlyn Peace owns fifty percent (50%) of the Debtors' shares and is the vice president of the Debtors.  For the year 2021, Justin Peace and Kaitlyn Peace each received annual distributions of 120,000.00, which was converted to salary shortly before the Petition Date.

5. **Debtors' Annual Gross Revenues**

SPI's annual gross revenues for 2021 was $2,498,414.00. SPI's year to date gross revenue for 2022 is approximately $1,181,554.75.

SLI had no revenue in 2021. SLI's year to date gross revenues for 2022 is approximately $1,647,876.25.

6. **Amounts Owed to Various Classes of Creditors**

Although the Debtors have not filed their Schedules or Statement of Financial Affairs, the Debtors believe that the creditors will be comprised of the following:

a. **Priority Claims:**

Except for prepetition wages payable to employees, which SPI is seeking court approval to pay, the Debtors are not aware of any priority claims.

b. **Secured Claims:**

SPI's secured obligations are comprised of (a) the Small Business Administration ("**SBA**") and (b) the MCA lenders. SLI guaranteed a portion of these debts and also purported to grant liens to certain of the MCA lenders.

The SBA is owed approximately $87,300.00 based on a loan made to SPI on July 14, 2020. The SBA may assert a lien on the Debtor's accounts receivable.

With respect to MCA lenders, the Debtors believe that the following creditors may assert liens on and security interests in accounts receivable:

| Creditor | Approximate Balance as of Petition Date |
|---|---|
| Sofia Grey, LLC d/b/a eFinancial Tree | 167,355 |
| QFS Capital, LLC | 59,052 |
| Lending Valley, Inc. | 41,833 |
| Kalamata Capital Group | 100,600 |
| Fox Capital Group, Inc. | 58,800 |
| Delta Bridge Funding/CloudFund, LLC | 97,576 |

c.   **Unsecured claims:**

The Debtors owe approximately $130,000.00 to general unsecured creditors. The Debtors believe that some or all the MCA lenders are undersecured or wholly unsecured.

7.  **General Description and Approximate Value of the Debtor's Current & Fixed Assets**

SPI's principal assets consist of cash in bank accounts, accounts receivable, and production equipment.

SLI's principal assets consist of accounts receivable and cash in bank accounts.

8.  **Number of Employees and Amount of Wages Owed as of Petition Date**

SPI has 17 employees, including Justin Peace and Kaitlyn Peace, and owed approximately $7,500.00 in wages on the Petition Date.

9.  **Status of Debtor's Payroll and Sales Tax Obligations, if applicable**

The Debtors did not owe any payroll or sales taxes on the Petition Date.

10. **Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors anticipate filing an emergency motion to pay prepetition wages, an emergency motion to use cash collateral, and an emergency motion to pay prepetition fuel charges within the first fourteen (14) days of the Petition Date.

WHEREFORE, the Debtors respectfully submit this as their Chapter 11 Joint Case Management Summary.

/s/ Edward J. Peterson
Edward J. Peterson
Florida Bar No. 0014612
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email:  epeterson@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Chapter 11 Joint Case Management Summary* has been furnished on this 31st day of August, 2022, by the Court's electronic mail to all parties receiving CM/ECF electronic noticing.

                                    */s/ Edward J. Peterson*
                                    Edward J. Peterson